IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IRINA DMITRIEV )
       Plaintiff, )
    )
    ) Case No. 1:11-cv-342
v. )
    )
JAHANGIR PARANDEH, *el al.*, )
    )
       Defendant. )

## ORDER

THIS MATTER is before the Court on Plaintiff Irina Dmitriev's Motion for Default Judgment. Dkt. No. 32. On February 9, 2012, Magistrate Judge Ivan Davis issued a Report and Recommendation ("Report") recommending that Plaintiff Irina Dmitriev's Motion for Default Judgment be denied without prejudice. Dkt. No. 38. The parties were advised that any objections to the Report had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of February 27, 2012, neither party filed objections to the Report. Upon review of the record of this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff Irina Dmitriev's Motion for Default Judgment is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 27th day of February, 2012.

Alexandria, Virginia
2/27/2012

/s/
Gerald Bruce Lee
United States District Judge